## FRANCIS EKINGS

### *v.*

## MARY MURRAY and others.

A sheriff may convey to the assignee of a purchaser of lands sold on execution at law or in equity, and such grantee is entitled to a writ of assistance.

---

Motion for writ of assistance.

*Mr. J. H. Rogers*, for the motion.

*Mr. E. Stevenson, contra.*

THE CHANCELLOR.

It appears by the petition that the petitioner is the grantee named in the sheriff's deed for the mortgaged premises sold under the writ of *fieri facias* issued in this cause, but he was not the purchaser at the sale. The property was struck off to the complainant, who directed the sheriff to convey it to the petitioner. The defendant, Mary

Murray, remains in possession, notwithstanding the .order for possession in favor of the petitioner was duly served upon her; and she. resists this motion for a writ of assistance on the ground that the petitioner has not, under the sheriff's deed, since he was not the purchaser at the sale, any lawful title to the property. The purchaser of land at a sheriff's sale under execution at law or in equity, may assign his bid, and the sheriff may lawfully convey the property to the assignee accordingly. The deed in such case will pass to the assignee as good and valid a title as it would have passed to the purchaser had it been made to him. The petitioner is entitled to the writ of assistance.